UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FARROLL SCOTT,
Inmate No. 547863,
    Plaintiff,

vs.                             Case No.: 5:17cv64/MCR/EMT

MICHAEL C. BOSTIC and
S.M. BELL,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 7, 2018 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. This dismissal should be deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

4. Any pending motion are denied as moot.

**DONE AND ORDERED** this 6th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**